IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -1  A 10: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07CR43-TFM |
| ) | (18 U.S.C. 641) |
| ELIZABETH M. PECK   ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

## COUNT

On or about the 13th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ELIZABETH M. PECK did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson* (signature)

KENT BRUNSON
Assistant United States Attorney

*signature*

NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 13 November 2006, I observed via closed circuit monitors, ELIZABETH M. PECK, the wife of an active duty Air Force Master Sergeant, with several items in her shopping cart. Some of those items were Playboy magazines and American flag decals. While in the Powerzone area, PECK removed the plastic wrapper from one of the Playboy magazines. PECK then went to another aisle and discarded the wrapper behind some merchandise. PECK arranged her shopping cart so the magazines and flags were hidden under sales flyers before she went to central checkout. She paid for several items, but not the magazines or four flag decals. I detained her in the lobby area after she left the main store, identified her and escorted her to the security office. Security Forces was called and responded. While waiting for Security Forces, PECK took the items out from under the sales flyers in the shopping cart saying she had forgotten to pay for them. The flag decals turned out to be free gifts, but the Playboy magazine cost $6.29 and the Playboy Nudes cost $8.09; total costs of $14.38. PECK was transported to the Law Enforcement Desk for further processing.

*Robert G. Smith* (signature)
ROBERT G. SMITH

Subscribed and sworn to before me this ___ day of February, 2007.

*Audrey F. Griffin* (signature)
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS