IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | CR NO. 2:07CR43-TFM |
| | ) | |
| ELIZABETH M. PECK | ) | |

## ORDER

The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 7TH Day of May, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE