IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:07CR 43-TFM |
| | ) | |
| ELIZABETH PECK | ) | |

O R D E R

    It is ORDERED that the Motion to Withdraw and Substitute filed by Counsel (Document 12) on June 5, 2007, be and is hereby GRANTED.

    DONE, this 7th day of June, 2007.

               /s/Terry F. Moorer
               TERRY F. MOORER
               UNITED STATES MAGISTRATE JUDGE