IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-43-TFM |
| | ) | |
| ELIZABETH PECK | ) | |
| | ) | **INFORMATION** |
| | ) | |
| | ) | |

**GOVERNMENT RESPONSE TO ORDER ON ARRAIGNMENT**

    On 10 May 07, the United States District Court for the Middle District of Alabama Northern Division ordered that, on or before five days prior to the pretrial conference, the government advise the court in writing as to whether this case will be tried.

    On 05 June 07, the defense sent a letter requesting the defendant to enter into a pre-trial diversion. It is the intent of the government to allow the defendant to enter into a pre-trial diversion; therefore, a trial is not necessary at this time.

Respectfully submitted,

s/Satura McPherson
SATURA MCPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 11 day of June, 2007, and in the matter of <u>United States v. Elizabeth Peck,</u> 2:07-cr-43-TFM, I electronically filed the Government Response to Order on Arraignment with the Clerk of the Court using the CM/ECF system which will send notification to Kevin Butler.

                                    Respectfully submitted,

                                    s/Satura McPherson
                                    SATURA MCPHERSON
                                    Special Assistant United States Attorney
                                    42 ABW/JA
                                    50 LeMay Plaza South
                                    Maxwell AFB AL  36112-6334
                                    (334) 953-2786