## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr43-TFM |
| | ) | |
| **ELIZABETH M. PECK** | ) | |

### UNOPPOSED MOTION TO CONTINUE

**NOW COMES** the Defendant, by and through the undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. § 3161(h), respectfully moves this Court to continue trial in this matter from the July 09, 2007, trial docket until on or after the September 2007 trial docket.

In support of this Motion, defendant would show:

1. The parties have tentatively agreed that Ms. Peck is an appropriate candidate for pretrial diversion.

2. The parties mutually agree that final approval of the diversion request by the U.S. Attorney, a background review by the United States Probation office, and placement in the "diversion program" can not all take place on or before the currently scheduled trial date.

3. Therefore, it is in the interest of justice to continue trial so as to allow diversion process to be completed.

4. The United States, through Special Assistant United States Attorney, Satura McPherson, does not oppose this requested continuance.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Dated this 20th day of June, 2007.

Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr43-TFM |
| | ) | |
| **ELIZABETH M. PECK** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


Satura McPherson, Esquire
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

                              Respectfully submitted,

                              s/ Kevin L. Butler
                              KEVIN L. BUTLER
                              First Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail: kevin_butler@fd.org
                              AZ Bar Code: 014138