IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr43-TFM |
| | ) | |
| ELIZABETH M. PECK | ) | |

## UNOPPOSED MOTION TO CONTINUE

**NOW COMES** the Defendant, by and through the undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. § 3161(h), respectfully moves this Court to continue trial in this matter from the September 17, 2007 trial docket.

In support of this Motion, defendant would show:

1. Ms. Peck has been approved for pretrial diversion and the final review by the United States Probation Office is presently being completed.

2. However, the United States Probation Office's final background review cannot be completed before the currently scheduled trial date.

3. Therefore, it is in the interest of justice to continue trial so as to allow the diversion process to be completed.

4. The United States Attorney's Office does not oppose this requested continuance.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Dated this 7th day of September, 2007.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                     ) | 2:07cr43-TFM |
| ) | |
| ELIZABETH M. PECK       ) | |

### CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Satura McPherson, Esquire
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

                                                     Respectfully submitted,

                                                     s/ Kevin L. Butler
                                                   KEVIN L. BUTLER
                                                   First Assistant Federal Defender
                                                   201 Monroe Street, Suite 407
                                                   Montgomery, Alabama 36104
                                                   Phone: (334) 834-2099
                                                   Fax: (334) 834-0353
                                                   E-mail: kevin_butler@fd.org
                                                   AZ Bar Code: 014138