IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:07CR 43-TFM |
| | ) | |
| ELIZABETH PECK | ) | |

O R D E R

    This case is before the court on the Unopposed Motion to Continue Trial (Doc. #20), filed by the Defendant, Elizabeth Peck. The United States does not oppose the motion. The court finds additional time is necessary to consider and process the request for pretrial diversion. The ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.

    Therefore, the motion is GRANTED, and it is hereby ORDERED that the trial of this case is CONTINUED from the term commencing September 17, 2007, to the term commencing November 5, 2007.

    The Court further ORDERS, a Pretrial conference in this matter will be held on October 12, 2007, at 11:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A.

    DONE, this 11th day of September, 2007.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE